# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL B. WADSWORTH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:13-cv-00401-GMN-GWF

**ORDER**

    Petitioner has paid the filing fee.  He has also submitted an ex parte motion for appointment of counsel (#2).  Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B).

    **IT IS THEREFORE ORDERED** that the clerk of the court file the petition.

    **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (#2) is **GRANTED**.  The Federal Public Defender is provisionally appointed to represent petitioner.

    **IT IS FURTHER ORDERED** that the Federal Public Defender shall have thirty (30) days from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings.  If the Federal Public Defender does undertake representation of petitioner, he shall then have sixty (60) days to file an amended petition for a writ of habeas corpus.  If the Federal Public Defender is unable to represent petitioner, then the court shall appoint alternate counsel.

    **IT IS FURTHER ORDERED** that the clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

    **IT IS FURTHER ORDERED** that the clerk shall electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the petition and a copy of this order.

    **IT IS FURTHER ORDERED** that respondents' counsel shall enter a notice of appearance within twenty (20) days of entry of this order, but no further response shall be required from respondents until further order of the court.

1    **IT IS FURTHER ORDERED** that any exhibits filed by the parties shall be filed with a

2    separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments

3    that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits

4    in the attachment.  The hard copy of any additional state court record exhibits shall be

5    forwarded—for this case—to the staff attorneys in Las Vegas.

6        **DATED** this 10th day of May, 2013.

7

8    _____

9    Gloria M. Navarro
     United States District Judge