# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL B. WADSWORTH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:13-cv-00401-GMN-GWF

**ORDER**

    Petitioner having filed a request for leave and extension of time to file second amended petition (#20), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's request for leave and extension of time to file second amended petition (#20) is **GRANTED**. Petitioner shall have through October 22, 2013, to file and serve a second amended petition.

    DATED this 26th day of July, 2013.

_____
GLORIA M. NAVARRO
United States District Judge