1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8
9  MICHAEL B. WADSWORTH,
10         Petitioner,                              Case No. 2:13-cv-00401-GMN-GWF
11  vs.                                             **ORDER**
12  BRIAN E. WILLIAMS, et al.,
13         Respondents.
14
15         Petitioner having filed an unopposed motion for enlargement of time in which to file second
16  amended petition (second request) (#24), and good cause appearing;
17         **IT IS THEREFORE ORDERED** that petitioner's unopposed motion for enlargement of
18  time in which to file second amended petition (second request) (#24) is **GRANTED**.  Petitioner
19  shall have through December 6, 2013, to file and serve a second amended petition.
20         **DATED** this 23rd day of October, 2013.
21                                                  _____
22                                                  Gloria M. Navarro
                                                    United States District Judge
23
24
25
26
27
28