# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL B. WADSWORTH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:13-cv-00401-GMN-GWF

**ORDER**

    Petitioner has filed a second amended petition (#26). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    **IT IS THEREFORE ORDERED** that respondents shall have **FORTY-FIVE (45) DAYS** from the date of entry of this order to answer or otherwise respond to the second amended petition (#26). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    **DATED** this 12th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court