# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL B. WADSWORTH,<br><br>　　　　Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:13-cv-00401-GMN-GWF<br><br>**ORDER** |

Respondents having submitted an unopposed motion for enlargement of time (first request) (#32), and good cause appearing;

**IT IS THEREFORE ORDERED** that respondents' unopposed motion for enlargement of time (first request) (#32) is **GRANTED**. Respondents shall have through September 11, 2014, to file and serve an answer or other response to the second amended petition (#26).

**DATED** this 1st day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court