# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL B. WADSWORTH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:13-cv-00401-GMN-GWF

**ORDER**

    Respondents having submitted a motion for enlargement of time (second request) (#43), and good cause appearing;

    **IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (second request) (#43) is **GRANTED**.  Respondents shall have through November 24, 2014, to file and serve a reply to petitioner's opposition (#38).

    **DATED** this 18th day of November, 2014.

    _____
    Gloria M. Navarro, Chief Judge
    United States District Court