1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 011479
   MEGAN C. HOFFMAN
3  Assistant Federal Public Defender
   Nevada State Bar No. 09835
4  DANICE ARBOR JOHNSON
   Research and Writing Attorney
5  Nevada State Bar No. 11028
   411 E. Bonneville Avenue, Ste. 250
6  Las Vegas, Nevada 89101
   (702) 388-6577
7  (702) 388-6261 (FAX)

8                      UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10  MICHAEL B. WADSWORTH,                2:13-cv-00401-GMN-GWF

11              Petitioner,

12  vs.                                  **UNOPPOSED MOTION FOR
                                         ENLARGEMENT OF TIME FOR
13  BRIAN E. WILLIAMS, et al.,           PETITIONER TO RESPOND TO
                                         COURT'S ORDER (CR 14) ON THE
14              Respondents.             MOTION TO DISMISS**

15                                       **AND ORDER THEREON**
                                          (First Request)
16

17          The Petitioner, Michael B. Wadsworth (Wadsworth), through counsel files this request for

18  extension of time to file Petitioner's response to this Court's March 30, 2015 Order regarding

19  Respondent's motion to dismiss. Petitioner requests that this Court grant him an extension of time of

20  twenty-one (21) days to file his response, causing the new deadline to be May 20, 2015.

21          DATED this 28th day of April, 2015.

22                                            Respectfully submitted,

23                                            LAW OFFICES OF THE
                                              FEDERAL PUBLIC DEFENDER
24

25                                            By:   */s/ Megan C. Hoffman*
                                                    MEGAN C. HOFFMAN
26                                                  Assistant Federal Public Defender

27

28

**POINTS AND AUTHORITIES**

1.      The Petitioner (hereinafter "Wadsworth") was convicted of first degree murder with use of a deadly weapon and sentenced to two consecutive 20-to-50-year prison terms.

2.      Wadsworth commenced this action on February 27, 2013, the date that he provided his pro se § 2254 Petition and accompanying documents to prison authorities for mailing to this Court. Clerk's Record (CR) 1, 6. He asked for the appointment of counsel, and on May 10, 2013, the Court appointed this office to represent him.  CR 5.  Counsel entered her notice of appearance on June 10, 2013. CR 8.

3.      On July 24, 2013, counsel filed a First Amended Petition with accompanying exhibits. CR 9-17.  Counsel simultaneously filed a Request for Leave and Extension of Time to file a Second Amended Petition on the same date. CR 20. That request was granted on July 26, 2013. CR 21. Wadsworth's Second Amended Petition was filed December 6, 2013. CR 26. On August 28, 2014, Respondent's filed their Motion to Dismiss. CR 34.

4.      On March 30, 2015 this Court entered an Order granting in part the motion to dismiss. The court also ordered that Wadsworth has 30 days from the date of the Order to "file a motion for dismissal without prejudice of the entire petition, for partial dismissal ... or for other appropriate relief." CR 46.  Wadsworth's response to the Court's order is due April 29, 2015.  Counsel new seeks a twenty-one (21) day extension to file his response taking the new due date to May 20, 2015.

5.      Counsel for Petitioner requires additional time to file his response.  This is the first extension of time for this pleading. Counsel has communicated with Wadsworth regarding this Court's order. Following that conversation, counsel has mailed Wadsworth a document relevant to his decision pursuant to the court's order. Due to mail constraints at the prison, counsel requires additional time for the document to be delivered and for Wadsworth to return the document to counsel.

6.      This motion is not for purposes of delay but in the interests of justice and the interests of the Petitioner, Mr. Wadsworth.

7.      April 28, 2015, counsel for Petitioner contacted counsel for Respondents, Deputy Attorney General Jeffrey M. Conner, concerning this request for an extension of time. Mr. Conner advised he is not opposed to this request for an extension.

1    8.    Wadsworth respectfully requests that this Court grant this motion and order that the

2    opposition to motion to dismiss be filed on or before May 20, 2015

3

4                                          DATED this 28th day of April, 2015.

5

6                                          Respectfully submitted,

7                                          LAW OFFICES OF THE
                                           FEDERAL PUBLIC DEFENDER
8

9                                          By:    /s/ Megan C. Hoffman
10                                                MEGAN C. HOFFMAN
                                                  Assistant Federal Public Defender
11

12

13

14
**IT IS SO ORDERED.**
15

16

17   _____
     Gloria M. Navarro, Chief Judge
18   United States District Court

19
     **DATED:  05/05/2015**
20

21

22

23

24

25

26

27

28

                                    3

1

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that she is an employee in the office of the Federal Public

3

Defender for the District of Nevada and is a person of such age and discretion as to be competent to

4

serve papers.

5

That on April 29, 2015 she served a true and accurate copy of the foregoing to the United States

6

District Court, who will e-serve the following addressee:

7

Jeffrey M. Conner
Deputy Attorney General

8

100 N. Carson St.
Carson City, NV 89701-4717

9

10

11

*/s/ Susan Kline*

12

An Employee of the Federal Public Defender,
District of Nevada

13

14

15

16

17

18

19

20

21

22

23

24

25

26

O:\00 NCH\cases-open\Wadsworth\Pleadings\MFE1 re response to order on mtd.wpd

27

28

4