# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL B. WADSWORTH,<br><br>    Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:13-cv-00401-GMN-GWF<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (second request) (#54), and good cause appearing;

**IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (second request) (#54) is **GRANTED**. Respondents will have through **September 17, 2015**, to file and serve an answer.

**DATED** this 18th day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court