UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL B. WADSWORTH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:13-cv-00401-GMN-GWF

**ORDER**

    Respondents having filed a motion for enlargement of time (third request) (#55), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (third request) (#55) is **GRANTED**.

    **DATED** this 30th day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court