# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL B. WADSWORTH,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:13-cv-00401-GMN-GWF

**ORDER**

    Respondents having filed a motion for enlargement of time (first request) (#67), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#66) is **GRANTED**.  Respondents will have through May 4, 2016, to file and serve a response to petitioner's motion for leave to file third amended petition (#65).

    DATED: April 7, 2016

    _____
    Gloria M. Navarro, Chief Judge
    United States District Court